IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVON D. GRAHAM,

    Plaintiff,                      No. CIV S-07-2291 LKK GGH P

    vs.

D.L. RUNNELS, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed March 3, 2008, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff filed an amended complaint on March 31, 2008, which was then superseded by his filing, on May 21, 2008, of a document he entitled "plaintiff's first amended complaint."

        The first amended complaint, filed on May 21, 2008 (# 8) states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's amended complaint, filed on March 31, 2008 (#7), has been

1

superseded by the "first amended complaint," filed on May 21, 2008 (# 8)

    2. Service is appropriate for the following defendants: Correctional Sergeant A. Martin and Correctional Captain T. Kopec.

    3. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, one summons, an instruction sheet and a copy of the first amended complaint filed on May 21, 2008 (# 8).

    4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

       a. The completed Notice of Submission of Documents;

       b. One completed summons;

       c. One completed USM-285 form for each defendant listed in number 2 above; and

       d. Three (3) copies of the endorsed first amended complaint filed on May 21, 2008 (# 8).

    5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 06/30/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
grah2291.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVON D. GRAHAM,

      Plaintiff,                              No. CIV S-07-2291 LKK GGH P

   vs.

D.L. RUNNELS, et al.,

      Defendants.                   <u>NOTICE OF SUBMISSION</u>

_____/        <u>OF DOCUMENTS</u>

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__     completed summons form

      __2__     completed USM-285 forms

      __3__     copies of the __5/21/08__ (# 8) First Amended Complaint

DATED:

                                            _____
                                            Plaintiff