IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVON D. GRAHAM,

        Plaintiff,                      No. CIV S-07-2291 LKK GGH P

   vs.

D.L. RUNNELS, et al.,

        Defendants.             ORDER

_____/

        Plaintiff has requested an extension of time to file an opposition to defendants' October 7, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 29, 2008 application for an extension of time (Docket #14) is granted; and

        2. Plaintiff shall file an opposition to defendants' October 7, 2008 motion to dismiss on or before December 7, 2008. Defendants' reply, if any, shall be filed seven days thereafter.

There will be no further extensions of time.

DATED: November 5, 2008

                                        /s/ Gregory G. Hollows
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:mp - grah2291.36