IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVON D. GRAHAM,

    Plaintiff,                        No. CIV S-07-2291 LKK GGH P

    vs.

D.L. RUNNELS, et al.,

    Defendants.               ORDER

_____/

    In light of the Order, filed on May 4, 2010 (docket # 37):

    1. Plaintiff's request for leave to file a motion to compel beyond the cut-off date, filed on April 12, 2005 (docket # 35), is granted;

    2. Defendants must file any response to plaintiff's April 12, 2010 (docket # 36), motion to compel, within 28 days of the date of this order; after which plaintiff will have 14 days to file a reply.

    3. The deadlines set forth in the Discovery and Scheduling Order, filed on October 9, 2009 (docket # 24), are also VACATED; any party may propound new discovery up to and including September 16, 2010; motions to compel must be filed no later than October 15, 2010;

\\\\\

1

4. Plaintiff's interrogatories and requests for production, as referenced in the May 4, 2010 (docket # 37), <u>Order</u>, shall be propounded to defendants by no later than August 2, 2010;

5. Defendants will have 45 days to respond following receipt of plaintiff's discovery requests (in any event, by no later than September 16, 2010);

6. Thereafter, the deadline for plaintiff to file any further motion to compel will be October 15, 2010.

7. All pretrial motions, except motions to compel discovery, shall be filed on or before March 3, 2011.  Motions shall be briefed in accordance with paragraph 7 of this court's order filed August 5, 2009.

8. Pretrial conference and trial dates will be set, as appropriate, following adjudication of any dispositive motion, or the expiration of time for filing such a motion.

DATED: May 12, 2010                    /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:009
grah2291.ord5