IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEVON D. GRAHAM, | | |
| | Plaintiff, | No. CIV S-07-2291 GGH P |
| vs. | | |
| D.L. RUNNELS, et al., | | |
| | Defendants. | ORDER |
| _____/ | | |

      On October 11, 2010 (docket # 54), defendants filed a "motion for clarification, reconsideration and relief" from this court's order, filed on September 30, 2010 (docket # 52), partially granting plaintiff's motion to compel further responses to set one of his requests for production propounded upon defendants. Defendants, in the order at docket # 52, were directed to file any a proposed protective order for any supplemental responses within twenty-one days and a further twenty-one days to serve their supplemental responses/ production. See docket # 52.

      In order to afford plaintiff an opportunity to respond to the defendants' reconsideration motion and to consider the motion, however, the court will vacate the deadlines set forth in the September 30, 2010. However, this will have no effect on the scheduling deadlines set forth in the order filed on May 13, 2010 (docket # 40).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted fourteen days from the date of this order to file any response to defendants' October 11, 2010 (docket # 54) motion for clarification, reconsideration and relief from the court's order filed on September 30, 2010 (docket # 52);

2. There will be no further extension of time for any response;

3. The deadlines for defendants to file a proposed protective order and for filing supplemental responses/production, set forth in the September 30, 2010 (docket # 52) order are hereby vacated pending resolution of the motion filed on October 11, 2010 (docket # 54).

4. Notwithstanding this order, the scheduling deadlines set forth in the order, filed on May 13, 2010 (docket # 40), remain in effect.

DATED: October 20, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
grah2291.eot