1  LATHAM & WATKINS LLP
   James L. Day (Bar No. 197158)
2  Brian D. Berry (Bar No. 229893)
   Brendan K. Kelleher (Bar No. 275883)
3  505 Montgomery Street, Suite 2000
   San Francisco, California  94111-6538
4  Telephone: +1.415.391.0600
   Facsimile: +1.415.395.8095
5  Email: jim.day@lw.com
   Email: brian.berry@lw.com
6  Email: brendan.kelleher@lw.com

7  *Attorneys for Plaintiff Levon Graham*

8  Additional Counsel On Signature Block

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12            SACRAMENTO DIVISION JUDICIAL DISTRICT

| LEVON GRAHAM, | CASE NO. CIV S-07-2291 GGH P |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION, REQUEST TO MODIFY THE SCHEDULING ORDER, AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE AND DEFENDANTS' DEADLINE FOR FILING DISPOSITIVE MOTION** |
| D. L. RUNNELS, ET AL., | |
| Defendants. | |
| | Complaint Filed:  October 26, 2007 |
| | Trial Date:  None |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\873266.2

STIPULATION AND [PROPOSED] ORDER
Case Number: 2:07-CV-2291 LKK GGH P

**STIPULATION AND REQUEST TO MODIFY THE SCHEDULING ORDER**

A scheduling order may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the deadline cannot be met despite due diligence. *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992).

WHEREAS the Court, in its June 13, 2011 Order, set the discovery deadline for October 3, 2011 and the deadline for Defendants to file and/or re-notice any dispositive motion for October 17, 2011;

WHEREAS the parties have completed three of the six depositions that the Court ordered on June 13 but face scheduling conflicts that will prevent them from scheduling the remaining three depositions on or before the current discovery deadline;

THEREFORE, the parties, through their respective counsel of record, hereby agree and STIPULATE that:

1. The discovery deadline shall be extended until November 9, 2011; and
2. The deadline for defendants to file and/or re-notice any dispositive motion be extended until November 23, 2011.

Dated: September 1, 2011         LATHAM & WATKINS LLP

By /s/
   Brendan K. Kelleher
   *Attorneys for Plaintiff Levon Graham*

Dated: September 1, 2011         KAMALA D. HARRIS
                                 Attorney General of California
                                 TRACY S. HENDRICKSON
                                 Supervising Deputy Attorney General

By _____
   Jaime M. Ganson
   Deputy Attorney General
   *Attorneys for Defendants Kopec and Martin*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\873266.2

STIPULATION AND [PROPOSED] ORDER
Case Number: 2:07-CV-2291 LKK GGH P

1

# **ORDER**

The discovery deadline currently scheduled for October 3, 2011, is hereby continued to November 9, 2011. The deadline for Defendants to file and/or re-notice any dispositive motion currently scheduled for October 17, 2011, is hereby continued to November 23, 2011.

**IT IS SO ORDERED.**

Dated: September 12, 2011                                    /s/ Gregory G. Hollows

                                                                              Honorable Gregory G. Hollows

Grah2291stp

SF\873266.2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND [PROPOSED] ORDER
Case Number: 2:07-CV-2291 LKK GGH P