1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  THOMAS S. PATTERSON, State Bar No. 202890
   Supervising Deputy Attorney General
3  JAIME M. GANSON, State Bar No. 230206
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 324-6421
6   Fax: (916) 324-5205
    E-mail: Jaime.Ganson@doj.ca.gov
7  *Attorneys for Defendants Kopec and Martin*

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10                       SACRAMENTO DIVISION

11

12

13  **LEVON GRAHAM,**                        2:07-cv-2291 GGH P

14                          Plaintiff,       **FOURTH STIPULATION, REQUEST TO MODIFY THE SCHEDULING ORDER, AND [PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE FOR FILING DISPOSITIVE MOTION**
15         v.

16  **D. L. RUNNELS, ET AL.,**

17                          Defendants.

18

19            **REQUEST TO MODIFY THE SCHEDULING ORDER**

20         A scheduling order may be modified upon a showing of good cause, Fed. R. Civ. P. 16(b).

21  Good cause exists when the deadline cannot be met despite due diligence. *Johnson v. Mammoth*

22  *Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992).

23         This Court previously modified the scheduling order, upon the parties' stipulation, to

24  extend the Plaintiff's deadline for taking depositions to November 9, 2011, and Defendants'

25  dispositive motion deadline to November 23, 2011. (ECF No. 83.) The remaining depositions

26  were completed, and the parties indicated to the Court Reporter which portions of the transcripts

27  should be designated as confidential. While this process was ongoing, the Court again modified

28  the scheduling order, upon the parties' stipulation, to extend the Defendants' dispositive motion

                                         1

1 deadline to December 22, 2011, to accommodate the completion of the deposition transcripts. (CD 89.)

The non-party deponents have not yet reviewed and returned the transcripts, and this process is taking longer than anticipated. Defendants intend to include testimony from these deposition transcripts in their motion for summary judgment. But, because the transcripts are not yet finalized, Defendants cannot complete their dispositive motion before the current February 24, 2012 deadline. The parties, therefore, request that the Court extend the deadline for Defendants to file a dispositive motion to March 29, 2012.

## **STIPULATION**

The parties, through their respective counsel of record, stipulate that:

1. The deadline for Defendants to file or re-notice any dispositive motion shall be extended until March 29, 2012;

2. Plaintiff's opposition to Defendants' dispositive motion shall be due on or before May 1, 2012;

3. Defendants' reply in support of their dispositive motion shall be due on or before May 17, 2012; and

4. The hearing on Defendants' dispositive motion shall be held on May 24, 2012.

Dated:  February 22, 2012            */s/ Brendan K. Kelleher*
                                      Brendan K. Kelleher
                                      LATHAM & WATKINS LLP
                                      Attorneys for Plaintiff Levon Graham


Dated:  February 22, 2012            */s/ Jaime M. Ganson*
                                      Jaime M. Ganson
                                      Deputy Attorney General
                                      Attorney for Defendants Martin and Kopec

SA2008305081
31411357.doc

2

**ORDER**

Good cause shown, the deadline for Defendants to file or re-notice any dispositive motion shall be extended until March 29, 2012.  Plaintiff's opposition shall be due on or before May 1, 2012, and Defendants' reply shall be due on or before May 17, 2012.  The hearing on Defendants' dispositive motion shall be held on May 24, 2012, at 10:00 a.m.

*The court will not consider any further requests for extension of time.*

**IT IS SO ORDERED.**


Dated: February 23, 2012                    /s/ Gregory G. Hollows

                                            _____
                                            U.S. MAGISTRATE JUDGE

Grah2291.stp4