1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9    LEVON D. GRAHAM,

10              Plaintiff,                    No. CIV S-07-2291 GGH P

11        vs.

12   D.L. RUNNELS, et al.,

13              Defendants.            ORDER

14   _____/

15              By Order, filed on April 8, 2012, defendants Kopec and Martin were directed to

16   submit, within fourteen days, for in camera review a proposed redacted version of the documents,

17   for the entirety of which they sought a sealing order by a request filed on March 29, 2012.  In the

18   April 8th order, the court, inter alia, informed the parties that the undersigned was contemplating

19   the filing of the unredacted motion/opposition under seal along with a public filing of the

20   redacted motion/opposition.

21              Defendants have timely submitted a proposed redacted version of the defendants'

22   dispositive motion and exhibits.  The court's review demonstrates that defendants have

23   appropriately limited the proposed redacted material to information that could well implicate

24   institutional safety and security; there is also a limited amount of suggested redaction that

25   encompasses material, i.e., medical information, that legitimately implicates private and highly

26   personal concerns.  The court finds there are compelling reasons for the very limited information

                                             1

1    not to be subject to public scrutiny which defendants have now shown some restraint in

2    identifying.  Pintos v. Pacific Creditors Ass'n., 605 F.3d 665, 677-78 (9th Cir. 2010).

3                    Accordingly, IT IS SO ORDERED that:

4                    1. Defendants' motion, filed on March 29, 2012 (docket # 96), for an order sealing

5    their entire pending dispositive motion is denied; however, construed more narrowly as a request

6    to seal only those portions for which defendants have timely submitted, on April 23, 2012, a

7    proposed redacted version (pursuant to this court's order), the motion, as modified, is granted;

8                    2.  Defendants are directed to file in the case docket open to public viewing the

9    April 23, 2012, proposed redacted version of their motion for summary judgment and supporting

10   exhibits, submitted to the court for in camera review; and

11                   3.  The unredacted version of defendants' March 29, 2012, motion for summary

12   judgment and supporting exhibits, submitted for in camera review,  shall be filed and maintained

13   under seal until further order of the court.

14   DATED: April 25, 2012

15                                       /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE
16

     GGH:009
17   grah2291.ord2

18

19

20

21

22

23

24

25

26