UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION JUDICIAL DISTRICT

| | |
|---|---|
| LEVON GRAHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. L. RUNNELS, ET AL.,<br><br>　　　　Defendants. | CASE NO. CIV S-07-2291 LKK GGH P<br><br>[~~PROPOSED~~ ORDER] |

### ORDER

Good cause shown, the publicly filed version of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, including (1) Memorandum of Points and Authorities In Opposition To Defendants' Motion For Summary Judgment; (2) Response to Defendants' Statement of Undisputed Facts; (3) the Declaration of Levon Graham; (4) the Declaration of Brendan Kelleher, attaching excerpts from deposition transcripts and documents that have been obtained through discovery; and (5) objections to defendants' evidence, shall be temporarily sealed and made available to the CDCR for review. After the CDCR has redacted information that presents safety and security concerns, and the court has approved such redactions, the redacted filing shall be publicly filed in its entirety.

**IT IS SO ORDERED.**

Dated: May 2, 2012　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Gregory G. Hollows