1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   **LEVON GRAHAM,**                              Case No. 2:07-cv-2291 GGH P

13                              Plaintiff,    **[PROPOSED] ORDER**

14          **v.**

15   **D. L. RUNNELS, ET AL.,**

16                              Defendants.

17

18          Good cause shown, Defendants': (1) Final Statement of Undisputed Facts; (2) Reply in

19   Support of Defendants' Motion for Summary Judgment; and (2) Declaration of Counsel and

20   attached additional evidence will be temporarily sealed.  On or before June 21, 2012, Defendants

21   will submit proposed redactions from CDCR, for both the documents temporarily filed under seal

22   in Plaintiff's Opposition and Defendant's Reply, to the Court with a statement of specific reasons

23   justifying any requests for redaction.

24

25   Dated:  May 21, 2012                    /s/ Gregory G. Hollows
                                             _____
26                                               The Honorable Gregory G. Hollows

27   Grah2291.po

28

                                                  1