IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEVON GRAHAM,**<br><br>                            Plaintiff,<br><br>     v.<br><br>**D. L. RUNNELS, ET AL.,**<br><br>                            Defendants. | Case No. 2:07-cv-2291 GGH P<br><br>**[PROPOSED]** ORDER |

   Good cause shown, Defendants': (1) Final Statement of Undisputed Facts; (2) Reply in Support of Defendants' Motion for Summary Judgment; and (2) Declaration of Counsel and attached additional evidence will be temporarily sealed.  On or before June 21, 2012, Defendants will submit proposed redactions from CDCR, for both the documents temporarily filed under seal in Plaintiff's Opposition and Defendant's Reply, to the Court with a statement of specific reasons justifying any requests for redaction.


Dated:  May 21, 2012              /s/ Gregory G. Hollows
                                  _____
                                   The Honorable Gregory G. Hollows

Grah2291.po

1

[Proposed] Order (2:07-cv-2291 GGH P)