LATHAM & WATKINS LLP
James L. Day (Bar No. 197158)
Brian D. Berry (Bar No. 229893)
Brendan K. Kelleher (Bar No. 275883)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: jim.day@lw.com
Email: brian.berry@lw.com
Email: brendan.kelleher@lw.com

*Attorneys for Plaintiff Levon Graham*

Additional Counsel on Signature Block

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION JUDICIAL DISTRICT

| | |
|---|---|
| LEVON GRAHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>D. L. RUNNELS, ET AL.,<br><br>    Defendants. | CASE NO. CIV S-07-2291 LKK GGH P<br><br>**STIPULATION AND [PROPOSED] ORDER ESTABLISHING SCHEDULE FOR PRETRIAL EXCHANGE OF EXPERT REPORTS AND MODIFYING PRETRIAL CONFERENCE DATE**<br><br>Complaint Filed:   October 26, 2007<br>Trial Date:          None |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\997622.1

STIPULATION AND [PROPOSED] ORDER
Case Number: 2:07-CV-2291 LKK GGH P

**STIPULATION**

WHEREAS the Court, in its July 23, 2012 Further Scheduling Order, scheduled the final pretrial conference in this case for January 10, 2013;

WHEREAS, pursuant to Local Rule 281, plaintiff's pretrial statement currently is due to be filed on December 27, 2012, and defendant's pretrial statement and the joint statement of plaintiff and defendant currently are due to be filed on January 3, 2013;

WHEREAS, defendant has designated new trial counsel who is scheduled to start trial on January 7, 2013 in the matter of *Fratus v. Peterson* (E.D. Cal. No. 1:08-cv-1500 ROS) that will prevent her from attending the pretrial conference on January 10, 2013;

WHEREAS, in addition, counsel for both plaintiff and defendant wish to establish a pretrial schedule for the exchange of any expert reports and/or rebuttal expert reports in this case;

THEREFORE, the parties, through their respective counsel of record, hereby agree and STIPULATE that:

1. The deadline to exchange any expert reports shall be Friday, October 26, 2012;
2. The deadline to exchange any rebuttal expert reports shall be Friday, November 30, 2012;
3. The deadline for completion of any additional expert discovery, including depositions, shall be Friday, December 28, 2012;
4. The deadline for filing all pretrial statements, including plaintiff's, defendant's, and the joint statement, shall be Thursday, January 10, 2013; and
5. The final pretrial conference shall take place on Thursday, January 17, 2013.

//
//
//
//
//
//
//

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\997622.1

1

STIPULATION AND [PROPOSED] ORDER
Case Number: 2:07-CV-2291 LKK GGH P

| | | |
|---|---|---|
| 1 | Dated: August 23, 2012 | LATHAM & WATKINS LLP |
| 3 | | By: */s/ Brendan K. Kelleher* |
| 4 | | Brendan K. Kelleher<br>*Attorneys for Plaintiff Levon Graham* |
| 6 | Dated: August 23, 2012 | KAMALA D. HARRIS<br>Attorney General of California<br>DAVID A. CARRASCO<br>Supervising Deputy Attorney General |
| 10 | | By: */s/ Diana Esquivel*<br>Diana Esquivel<br>Deputy Attorney General<br>*Attorneys for Defendant A. Martin* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\997622.1

2

Motion to Modfiy Scheduling Order
To Permit Additional Discovery
Case Number: 2:07-CV-2291 LKK GGH P

## [PROPOSED] ORDER

The final pretrial conference currently scheduled for January 10, 2013, is hereby rescheduled for January 17, 2013. The deadline for all parties to file separate and joint pretrial statements is January 10, 2013. The deadline for the parties to exchange expert reports is October 26, 2012. The deadline for the parties to exchange any rebuttal expert reports is November 30, 2012. The deadline for completion of all expert discovery is December 28, 2012. The jury trial remains set for February 25, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: August 27, 2012                              /s/ Gregory G. Hollows

_____

Honorable Gregory G. Hollows

SF\997622.1

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
Case Number: 2:07-CV-2291 LKK GGH P