1  LATHAM & WATKINS LLP
   James L. Day (Bar No. 197158)
2    Brian D. Berry (Bar No. 229893)
     Brendan K. Kelleher (Bar No. 275883)
3  505 Montgomery Street, Suite 2000
   San Francisco, California  94111-6538
4  Telephone:  +1.415.391.0600
   Facsimile:  +1.415.395.8095
5  Email:  jim.day@lw.com
   Email:  brian.berry@lw.com
6  Email:  brendan.kelleher@lw.com

7  *Attorneys for Plaintiff Levon Graham*

8  Additional Counsel on Signature Block

9

10            UNITED STATES DISTRICT COURT

11            EASTERN DISTRICT OF CALIFORNIA

12         SACRAMENTO DIVISION JUDICIAL DISTRICT

13

14  LEVON GRAHAM,                    | CASE NO. CIV S-07-2291 LKK GGH P

15            Plaintiff,

16       v.                          **STIPULATION AND [PROPOSED] ORDER
                                     ESTABLISHING SCHEDULE FOR
17  D. L. RUNNELS, ET AL.,           PRETRIAL EXCHANGE OF EXPERT
                                     REPORTS AND MODIFYING PRETRIAL
18            Defendants.            CONFERENCE DATE**

19                                   Complaint Filed:   October 26, 2007
                                     Trial Date:        None

20

21

22

23

24

25

26

27

28

1

**STIPULATION**

2      WHEREAS the Court, in its July 23, 2012 Further Scheduling Order, scheduled the final

3 pretrial conference in this case for January 10, 2013;

4      WHEREAS, pursuant to Local Rule 281, plaintiff's pretrial statement currently is due to

5 be filed on December 27, 2012, and defendant's pretrial statement and the joint statement of

6 plaintiff and defendant currently are due to be filed on January 3, 2013;

7      WHEREAS, defendant has designated new trial counsel who is scheduled to start trial on

8 January 7, 2013 in the matter of *Fratus v. Peterson* (E.D. Cal. No. 1:08-cv-1500 ROS) that will

9 prevent her from attending the pretrial conference on January 10, 2013;

10      WHEREAS, in addition, counsel for both plaintiff and defendant wish to establish a

11 pretrial schedule for the exchange of any expert reports and/or rebuttal expert reports in this case;

12      THEREFORE, the parties, through their respective counsel of record, hereby agree and

13 STIPULATE that:

14      1.      The deadline to exchange any expert reports shall be Friday, October 26, 2012;

15      2.      The deadline to exchange any rebuttal expert reports shall be Friday,

16              November 30, 2012;

17      3.      The deadline for completion of any additional expert discovery, including

18              depositions, shall be Friday, December 28, 2012;

19      4.      The deadline for filing all pretrial statements, including plaintiff's, defendant's,

20              and the joint statement, shall be Thursday, January 10, 2013; and

21      5.      The final pretrial conference shall take place on Thursday, January 17, 2013.

22 //

23 //

24 //

25 //

26 //

27 //

28 //

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\997622.1

1

STIPULATION AND [PROPOSED] ORDER
Case Number: 2:07-CV-2291 LKK GGH P

1   Dated:  August 23, 2012                    LATHAM & WATKINS LLP

2

3                                              By: */s/ Brendan K. Kelleher*
                                                   Brendan K. Kelleher
4                                                  *Attorneys for Plaintiff Levon Graham*

5

6   Dated:  August 23, 2012                    KAMALA D. HARRIS
                                               Attorney General of California
7                                              DAVID A. CARRASCO
                                               Supervising Deputy Attorney General
8

9

10                                             By: */s/ Diana Esquivel*
                                                   Diana Esquivel
11                                                 Deputy Attorney General
                                                   *Attorneys for Defendant A. Martin*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
SF\997622.1
2
Motion to Modfiy Scheduling Order
To Permit Additional Discovery
Case Number: 2:07-CV-2291 LKK GGH P

1   **[~~PROPOSED~~] ORDER**

2           The final pretrial conference currently scheduled for January 10, 2013, is hereby

3   rescheduled for January 17, 2013.  The deadline for all parties to file separate and joint pretrial

4   statements is January 10, 2013.  The deadline for the parties to exchange expert reports is

5   October 26, 2012.  The deadline for the parties to exchange any rebuttal expert reports is

6   November 30, 2012.  The deadline for completion of all expert discovery is December 28, 2012.

7   The jury trial remains set for February 25, 2013, at 9:00 a.m.

8           **IT IS SO ORDERED.**

9   Dated:  August 27, 2012                              /s/ Gregory G. Hollows

10                                                       _____

11                                                       Honorable Gregory G. Hollows

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\997622.1

1

STIPULATION AND [PROPOSED] ORDER
Case Number: 2:07-CV-2291 LKK GGH P