IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVON D. GRAHAM,

    Plaintiff,                   No. 2:07-cv-2291 CKD P

    vs.

D. L. RUNNELS, et al.,

    Defendants.             ORDER

_____/

        In light of the parties' stipulation (Dkt. No. 139) and good cause appearing, the parties shall file their respective motions concerning plaintiff's trial attire and defendants' disputed reports no later than August 14, 2013. Oppositions to the motions shall be filed by August 28, 2013, and any reply shall be filed by September 4, 2013. The hearing on the motions shall take place during the trial confirmation set for September 18, 2013, at 10 a.m. in Courtroom 24. In all other respects, the Pretrial Order (Dkt. No. 133) and Amended Pretrial Order (Dkt. No. 136) shall remain in full force and effect.

        IT IS SO ORDERED.

Dated: April 23, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1