UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVON D. GRAHAM,

        Plaintiff,

  v.

D. L. RUNNELS, et al.,

        Defendants.

No.  2:07-cv-2291 CKD P

ORDER

     Based on the parties' stipulation and good cause appearing, the trial confirmation hearing is continued to September 25, 2013 at 10 a.m. in Courtroom 24. The parties shall file their respective motions concerning plaintiff's trial attire and defendants' disputed reports no later than August 21, 2013. Oppositions to the motions shall be filed by September 4, 2013, and any reply shall be filed by September 11, 2013. The hearing on the motions shall take place during the trial confirmation hearing on September 25, 2013.

     IT IS SO ORDERED.

Dated: June 27, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / grah2291.stip