UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVON D. GRAHAM,

       Plaintiff,           No.  2:07-cv-2291 CKD P

vs.

D. L. RUNNELS, et al.,

       Defendants.      **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

      Levon D. Graham, inmate P-74846, a necessary and material witness in proceedings in this case on September 25, 2013, is confined in Salinas Valley State Prison, Soledad, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Carolyn K. Delaney, to appear **telephonically** at Salinas Valley State Prison, September 25, 2013, at 10:00 am.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify **telephonically** before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, Salinas Valley State Prison, PO Box 1020, Soledad, California 93960-1020:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above **telephonically**, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  July 15, 2013

                                             _____
                                             CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE

2/md; grah2291.841.vc