LATHAM & WATKINS LLP
   Sadik Huseny (Bar No. 224659)
   Kirsten M. Ferguson (Bar No. 252781)
   Kathleen Fox (Bar No. 274296)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Plaintiff Levon Graham*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LEVON GRAHAM,<br><br>        Plaintiff,<br><br>   v.<br><br>A. MARTIN, ET AL.,<br><br>        Defendants. | CASE NO. 2:07-CV-2291 CKD<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATED REQUEST TO VACATE TRIAL DATE; [PROPOSED] ORDER**<br><br>Judge: The Honorable Carolyn Delaney<br>Trial Date: October 28, 2013 |

     Under Local Rule 160(a), the parties, by and through their attorneys of record, notify the Court that they have reached a conditional settlement in this matter. Counsel are working diligently to have all settlement documentation finalized and executed as soon as reasonably possible.

     The parties are scheduled to start trial on October 28, 2013. In view of the conditional settlement, and in order to allow the parties proper time to finalize all necessary settlement documentation and matters, the parties request that the Court vacate the trial date, and set a date to file dispositional documents as required under Local Rule 160(b).

/ / /

/ / /

The parties have been engaged in informal settlement discussions in the past week, and have negotiated in good faith to attempt resolve this matter at various times throughout this litigation. *See* Pretrial Order 14:20-22, ECF No. 133. The parties only reached an agreement on the night of October 25, 2013. The parties respectfully request that they be excused of any penalty the Court may impose under Local Rule 272(b).

Dated: October 26, 2013

Respectfully Submitted,

LATHAM &WATKINS

*/s/ Kirsten M. Ferguson*

Kirsten M. Ferguson
Attorneys for Plaintiff Levon Graham

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendant*

**[PROPOSED] ORDER**

For the reasons set forth above, the trial date, currently set for October 28, 2013, is hereby VACATED. Dispositional documents shall be filed by no later than _____.

Dated: October ____, 2013

_____
Carolyn K. Delaney
United States Magistrate Judge