1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEVON D. GRAHAM,                              No.  2:07-cv-2291 CKD P

12                  Plaintiff,

13          v.                                      ORDER

14   D. L. RUNNELS, et al.,

15                  Defendants.

16

17          All parties have stipulated that this action be dismissed.  (ECF No. 189.)  Accordingly, IT

18   IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P.

19   41(a).

20   Dated:  November 20, 2013

21                                                 _____

22                                                 CAROLYN K. DELANEY
                                                   UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27   2 / grah2291.59c

28

                                                    1