UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVON D. GRAHAM,<br><br>            Plaintiff,<br><br>     v.<br><br>D. L. RUNNELS, et al.,<br><br>            Defendants. | No.  2:07-cv-2291 CKD P<br><br><br><br>ORDER |

All parties have stipulated that this action be dismissed. (ECF No. 189.) Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

Dated:  November 20, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / grah2291.59c

1